# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1138
Lower Tribunal No. F96-37915
_____

**Orenthius Harris,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Orenthius Harris, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.